

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00320-CR

CURTIS LEE SHEPPARD, JR.                                    APPELLANT

V.

THE STATE OF TEXAS                                              STATE

----------

## FROM THE 78TH DISTRICT COURT OF WICHITA COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On July 18, 2012, Curtis Lee Sheppard, Jr. filed a notice of appeal from a postconviction order denying injunctive relief.  On July 27, 2012, this court advised Sheppard that it was concerned it lacked jurisdiction over this appeal and invited Sheppard or any party desiring to continue the appeal to file a response showing grounds for continuing the appeal by August 6, 2012. Sheppard has filed a letter in response but it pertains to another appeal that

---

[1]*See* Tex. R. App. P. 47.4.

Sheppard has pending from another trial court case; it shows no grounds for continuing this appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f). *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  September 20, 2012